**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMERICAN TRAIN ) <br> DISPATCHERS ASSOCIATION, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) Case No.: 1-19-cv-04361 <br> v. ) Honorable Thomas M. Durkin <br> ) <br> BNSF RAILWAY COMPANY, ) <br> ) <br> Defendant. ) <br> ) | |

**ORDER**

Upon consideration of the Plaintiff Unions' Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby **ORDERED,** that this action is dismissed without prejudice, each party to bear their own fees and costs, including attorneys' fees. BNSF's motion to dismiss for improper venue, or alternatively, to transfer venue [17] and status hearing set for 5/14/2020 are terminated as moot. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.
Dated: March 26, 2020

_____
Judge Thomas M. Durkin
UNITED STATES DISTRICT JUDGE